FILED
CLERK, U.S. DISTRICT COURT
FEB 25 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>ISSAH ABUBAKER,<br><br>　　　　　　　Defendant. | Case No.: MJ-16-00397<br><br>ORDER OF DETENTION<br><br>[Fed. R. Cim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _District of Nevada_ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

　　　The Court finds that:

A.　(✓) The defendant has not met his/her burden of established by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _nature of the offenses committed while on probation_ _____

and/or

1  B.     ( ) The defendant has not met his/her burden of establishing by clear and
2         convincing evidence that he/she is not likely to pose a danger to the safety of any
3         other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
4         finding is based on: _____
5         _____
6         _____
7         _____
8
9         IT IS THEREFORE ORDERED that the defendant be detained pending the further
10  revocation proceedings.
11
12  Dated: February 25, 2016                    /s/ Alicia G. Rosenberg
                                                ALICIA G. ROSENBERG
13                                              United States Magistrate Judge